18-21128CIVMGC

4-28-18

FILED by ___ D.C.
MAY 03 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

Dear Clerk,

I have been Transferred from The McKean institution in Pensylvania to the Miami Detention Center in Miami on March 28, 2018. My new forwarding address is:

FDC Miami
PO Box 019120
Miami, FL 33101-0819

This matter is in regards to my Civil and Criminal complaints that have been filed in the Miami District Court.

thank you for your time

*Philippe*

Guy Philippe
09783 104
FDC Miami
PO Box 019120
Miami, FL 33101-0819

Guy Phillippe
09783104
FDC Miami
PO Box 019120
Miami Fl 33101-0819

MIAMI FL 331

USMS INSPECTED RECEIVED

Clerk of the Court
400 N Miami Ave, Room 8
Miami FL, 33101-0819

3312037716 COTS