Notice of Voluntary Dismissal of Civil Rights Action Number: 18-CIV-21128-COOKE Pursuant To Fed. R. Civ. P. 41(a)

FILED by ___ D.C.
MAY 10 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA / MIAMI

Comes now, Guy Philippe (hereinafter "Plaintiff"), proceeding pro se, voluntarily request "dismissal without prejudice" in his civil action number: 18-CIV-21128-Cook pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) Rules 41 governs the ability of a plaintiff to dismiss an action voluntarily and without prejudice. See Pontenberg v. Boston Sci. Corp., 252 F. 3d 1253, 1255 (11th Cir. 2001). "Rule 41(a)(1) permits a plaintiff to dismiss voluntarily an action without prejudice without first seeking leave from the court as long as the defendant has not filed either an answer or a motion for summary judgment, whichever occurs first." Id at 1255. Here, the Defendants has not filed and answer or a motion for Summary Judgment, therefore, it is clear that Plaintiff is automatically entitled to a voluntary dismissal without prejudice.

Wherefore, Plaintiff requests that this court enter judgment dismissing without prejudice his civil right action in case number: 18-CIV-21128-COOKE.

Respectfully Submitted     3 day of May 2018

/s/ Philippe

GUY PHILIPPE
# 09 783 104
FDC Miami
P.O Box 019120
Miami Fl 33101

# CERTIFICATE OF SERVICE

I, GUY PHILIPPE, hereby certify that a true and accurate copy of the foregoing "MOTION PURSUANT TO RULE 41(a)(1)," which is deemed filed at the time it was delivered to prison authorities for forwarding to the court. Houston v. Lack, 487 U.S. 266, 270 (1988), by placing same in a sealed, pre-paid posted envelope addressed to (MAGISTRATE JUDGE PATRICK WHITE, 400 N Miami Ave, Room 8, Miami FL 33128, And deposited in the United States Postal mail at the United States Federal Detention facility Miami, on this 3 day of May of 2018.

Respectfully Submitted,

*Philippe* (signature)

GUY PHILIPPE
# 09783 104
FDC Miami
P.O. Box 019120
Miami FL 33101



Guy Philippe
09783 104
FDC Miami
P.O. Box 019120
Miami FL, 33101



Clerk of The Court
400 N Miami Ave, Room 8
Miami FL, 33128

