UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-21128-Civ-COOKE/WHITE

GUY PHILIPPE,

    Plaintiff,

vs.

JANET SANDERSON, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal of Civil Rights Action (ECF No. 7).

The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 21st day of May 2018.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Guy Philippe*, pro se